# United States Court of Appeals

### For the Eighth Circuit

_____

No. 14-2582

_____

Janice M. Emerson,

*Plaintiff - Appellant*,

v.

The James F. Lincoln Arc Welding Foundation; Lincoln Electric Company,

*Defendants - Appellees*.

_____

Appeal from United States District Court
for the Western District of Missouri - St. Joseph

_____

Submitted: December 30, 2014
Filed: January 29, 2015
[Unpublished]

_____

Before SMITH, BOWMAN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Janice Emerson appeals the district court's[1] adverse grant of judgment on the pleadings in her pro se diversity action against The James F. Lincoln Arc Welding

_____

[1]The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.

Foundation and Lincoln Electric Company. Upon careful de novo review, we conclude that Emerson's complaint was time-barred, and that her arguments on appeal are unavailing. *See Ashley Cnty., Ark. v. Pfizer, Inc.*, 552 F.3d 659, 665 (8th Cir. 2009) (standard of review). Accordingly, we affirm the judgment of the district court. *See* 8th Cir. R. 47B. As to the motions filed by the parties in this court, we grant appellees' motion to seal documents to the extent the clerk's office determines that any documents are governed by Eighth Circuit Rule 25A(h) or Federal Rule of Civil Procedure 5.2, and we deny all pending motions in all other respects.

_____